## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| IN RE: B.M.S. | : No. 608 MAL 2019 |
| | : |
| | : |
| PETITION OF: R.A.S., MOTHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.